IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:94CR95 |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL J. CRESTONI, | ) | MEMORANDUM |
| | ) | AND ORDER |
| Defendant. | ) | |

Today, the defendant admitted allegation 3 of the amended petition regarding use of drugs, and I dismissed without prejudice the remaining allegations. I also determined not to sentence the defendant, but rather to postpone sentencing and, in the interim, impose two additional conditions of supervised release. The lawyers for both parties agreed with my decision. Therefore,

IT IS ORDERED:

1. This matter is reassigned to Senior U.S. Probation Officer Denise Ahl. She is directed to implement the terms and conditions of this order including coordination with the Bureau of Prison, the United States Marshals Service, Bristol Station, and Jon Braaten, counsel for the defendant.

2. Mr. Braaten is directed to transport Mr. Crestoni to Bristol Station when notified to do so by Ms. Ahl.

3. The United States Marshals Service is directed to release Mr. Crestoni to Mr. Braaten when notified to do so by Ms. Ahl.

4. The additional conditions of supervision which the defendant is ordered to abide by are these:

A. The defendant will reside in a residential reentry center (RRC) for a period of up to 120 days in the correctional component, to commence at the direction of the Probation Officer, and the defendant shall observe the rules of that facility. The defendant may be discharged earlier than 120 days by the Probation Officer, if the defendant is determined to be in full compliance with the conditions of supervision. The Court strongly recommends that Bristol Station in Hastings, Nebraska be designated.[1] If Bristol Station is not designated by the Bureau of Prison, Ms. Ahl shall immediately contact me.

B. The defendant will participate in a drug treatment program, whether residential or not, when directed to do so by the United States Probation Officer and the defendant will abide by all the rules and regulations of the provider.

5. My chambers shall provide a copy of this Memorandum and Order to the United States Marshals Service.

6. My chambers shall provide a copy of this Memorandum and Order to Ms. Ahl.

7. The Clerk shall give notice to counsel of the entry of this Memorandum and Order in the normal fashion.

DATED this 2nd day of November, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge

---

[1] The Court strongly encourages the Bureau of Prisons to designate Bristol Station because the defendant's ties to drug users in Omaha is too extensive to place him in Omaha.